UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

FREDERICK J. BAUER, DDS

        Plaintiff,

     v.                            Case No: 16-CV-0667

DENTAQUEST, LLC

        Defendant.

---

## STIPULATION FOR DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff Frederick J. Bauer, DDS, by his attorneys, Heins Employment Law Practice LLC, and Defendant DentaQuest, LLC, by its attorneys, Craig T. Papka, of Jackson Lewis, P.C., that this action, and all claims herein, is hereby dismissed pursuant to FED. R. CIV. P. 41(a)(1) with prejudice and without attorneys' fees or costs to either party.

Dated this 27th day of September, 2016.

**Attorneys for Plaintiff**

*s/ Janet L. Heins*      .

Janet L. Heins, SBN 1000677
Heins Employment Law Practice LLC
1001 West Glen Oaks Lane, Suite 103
Mequon, WI 53092
Tel: (262) 241-8444
Fax:(262) 241-8455
Email: jheins@heinslawoffice.com

**Attorneys for Defendant**

*s/ Craig T. Papka, Esq.*

Craig T. Papka, SBN 1093078
Jackson Lewis, P.C.
330 East Kilbourn Ave. Ste. 560
Milwaukee, Wisconsin 53202
Tel: (414) 944-8900
craig.papka@jacksonlewis.com